

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Richard Wayne Hammer,                    * From the 266th District Court
                                           of Erath County,
                                           Trial Court No. CR14201

Vs. No. 11-14-00288-CR                    * October 27, 2016

The State of Texas,                       * Memorandum Opinion by Wright, C.J.
                                           (Panel consists of: Wright, C.J.,
                                           Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there
is no error in the judgment below.   Therefore, in accordance with this court's
opinion, the judgment of the trial court is in all things affirmed.